IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DAVID ANDREW CATLETT, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. 4:25-CV-011-Y |
| | § | |
| ELOISE RODRIGUEZ, | § | |
| | § | |
| Respondent. | § | |

**FINAL JUDGMENT**

Consistent with the order denying petition for writ of habeas corpus signed this date in the above-styled and -numbered case, the relief sought by Petitioner, David Andrew Catlett, is DENIED and it is the final judgment of the Court that the case be, and it is hereby, DISMISSED.

**SIGNED** January 17, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

1